FILED

2022 Mar-14  PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER MARCZEWSKA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **4:21-CV-01585-ACA** |
| **HRH METALS, INC.** | ) | |
| **Defendant.** | ) | **JOINT** |
| | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Chris Marczewska and Defendant HRH Metals, Inc. jointly request that the Court dismiss with prejudice this case and all claims contained therein, each party to bear its own costs.

### Consent Statement:

Defendant's counsel has permission to file this Joint Stipulation of Dismissal on behalf of Plaintiff's counsel.

Dated this 14ᵗʰ day of March 2022.


Respectfully submitted,


Allen D. Arnold
Attorney at Law
6 Office Park Circle, Suite 209
Birmingham, AL 35223
Telephone: (205) 252-1550
Email: ada@allenarnoldlaw.com


*Counsel for Plaintiff*


Stephanie H. Mays
Maynard Cooper & Gale, PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL  35203
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999
Email: smays@maynardcooper.com


*Counsel for Defendant*